# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-03500-RM-SKC

MIKE BOULTER,
BOULTER, LLC,
RALPH NIX PRODUCE, INC., and
BARCLAY FARMS, LLC, on behalf of themselves and classes of similarly situated persons,

    Plaintiffs,

v.

NOBLE ENERGY, INC., and
KERR-MCGEE OIL & GAS ONSHORE, LP,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 23) of Judge Raymond P. Moore entered on April 27, 2022, it is

ORDERED that judgment is hereby entered in favor of Defendants Noble Energy, Inc., and Kerr-McGee Oil & Gas Onshore, LP; and against Plaintiffs Mike Boulter, Boulter, LLC, Ralph Nix Produce, Inc., and Barclay Farms, LLC.   It is

FURTHER ORDERED that this case is dismissed without prejudice and closed.

Dated at Denver, Colorado this 22nd day of April, 2022.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                              _s/C. Pearson, Deputy Clerk_